IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY HOWARD GAUTIER,** | CIV S-04-0721 WBS GGH P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Amended Petition for Writ of Habeas corpus be filed on or before June 10, 2005.

Dated: 5/16/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

gaut0721.eot05