```
QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JEFFREY HOWARD GAUTIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HOWARD GAUTIER,<br><br>        Petitioner,<br><br>  v.<br><br>SCOTT KERNAN, Warden,<br><br>        Respondent.<br>_____ | NO. Civ. S 04-0721 WBS GGH P<br><br>**ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the traverse may be filed on or before August 24, 2005.

Dated: 7/14/05

                                                    /s/ Gregory G. Hollows
                                         _____
                                         HONORABLE GREGORY G. HOLLOWS
                                         United States Magistrate Judge

gaut0721.eot07