1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY HOWARD GAUTIER,

11          Petitioner,                     No. CIV S-04-0721 GEB GGH P

12       vs.

13   MIKE KNOWLES, Warden,

14          Respondent.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          Petitioner, a state prisoner represented by counsel, has been proceeding upon an

17   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.   On March 15, 2006,

18   petitioner's counsel filed a notice of suggestion of death upon the record under Fed. R. Civ. P.

19   25(a)(1).  Petitioner's application for a writ of habeas corpus was originally filed on April 9,

20   2004; counsel was appointed and the action was stayed twice briefly upon the unopposed

21   requests of petitioner's counsel, the second time in order for petitioner to exhaust new claims in

22   state court, after which the matter proceeded on an amended petition filed on April 5, 2005, the

23   second stay having been thereafter lifted by order filed on April 11, 2005.

24          Petitioner was sentenced pursuant to a conviction under the penal statutes of

25   California.  Petitioner having died during the pendency of the petition, petitioner's action must be

26   dismissed.  U.S. v. $84,740.00 Currency, 981 F.2d 1110, 1113 (9th Cir.1992); United States v.

1

1  Oberlin, 718 F.2d 894, 896 (9th Cir. 1983) (actions upon penal statutes do not survive

2  wrongdoer's death).

3           Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for a

4  writ of habeas corpus be dismissed in light of his death during the pendency of the action.

5           These findings and recommendations are submitted to the United States District

6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

7  after being served with these findings and recommendations, any party may file written

8  objections with the court and serve a copy on all parties.  Such a document should be captioned

9  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

10  shall be served and filed within ten days after service of the objections.  The parties are advised

11  that failure to file objections within the specified time may waive the right to appeal the District

12  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

13  DATED: 3/28/06

                                    /s/ Gregory G. Hollows
14
                                    _____
                                    GREGORY G. HOLLOWS
15                                  UNITED STATES MAGISTRATE JUDGE

16  ggh:009
    gaut0721.fr

17

18

19

20

21

22

23

24

25

26